IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JORGE MONTALVO,

    Plaintiff,

v().                                                    No. 2-18-cv-00048-KG-GBW

SBH-EL PASO, LLC d/b/a PEAK
BEHAVIORAL HEALTH SERVICES,
LLC,

    Defendant.

## FINAL ORDER DISMISSING CASE

Having granted Defendant's "Opposed Motion to Dismiss and Compel Arbitration" (Doc. 6), filed February 22, 2018, by the Memorandum Opinion and Order entered contemporaneously with this Final Order Dismissing Case,

    IT IS ORDERED that

1. this lawsuit is dismissed without prejudice; and

2. this lawsuit is now terminated in its entirety.

_____
UNITED STATES DISTRICT JUDGE